UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

BETTY ANN KUPFER a/k/a BETTY KUPFER;
CHARLES KUPFER,

                            **ORDER**
            Plaintiffs,                19-CV-2738 (MKB) (AYS)
  -against-

RESIDENTIAL MORTGAGE SERVICES LLC,
ET AL.,

            Defendants.
_____x

**SHIELDS, United States Magistrate Judge:**

      The Honorable Margo K. Brodie, United States District Judge, has assigned this case to me for all pretrial purposes. Enclosed is a copy of my Individual Rules of Practice. Both plaintiffs and defendants are required to follow them.

      The Court's records reflect that the complaint in this action was filed on May 9, 2019. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court –
> on motion or on its own after notice to the plaintiff – must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time. But if the plaintiff shows good cause for the failure, the court
> must extend the time for service for an appropriate period.

Accordingly, service must be made by August 7, 2019, upon any defendants who have not yet been served.

      Plaintiffs are also required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of their current address means the Court will not know where to contact plaintiffs and may result in dismissal of the case. For information regarding court

1

procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

**SO ORDERED:**

Dated: Central Islip, New York
June 25, 2019

/s/            Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge